## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARIBBEAN PETROLEUM LP,<br>et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) BK. Nos. 01-11657-PJW<br>)   through 01-11661-PJW<br>) |
| HERNAN SERRANO, Trustee of<br>the Caribbean Petroleum<br>Creditors' Trust, and on<br>behalf of the estates of the<br>above captioned debtors,<br>Caribbean Petroleum, et al.,<br>as authorized representative,<br><br>Plaintiff,<br><br>v.<br><br>SOLARES & CO., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 04-428-SLR<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this $\partial\mathfrak{H}$day of September 2007, plaintiff having filed a

notice of approval of settlement agreements on June 14, 2005 pursuant to the Order

Approving Settlements of Preference Adversary Proceedings issued by the Bankrupcty

Court on February 18, 2005;

IT IS ORDERED that the above captioned action shall be dismissed

pursuant to Federal Rule of Civil Procedure 41(a)(2).

United States District Judge